# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ZACHARY KEYEN THOMAS

NO. 2024 KW 1180

**DECEMBER 30, 2024**

---

In Re:    Zachary Keyen Thomas, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 858376.

---

BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.

**WRIT DENIED.**

**PMc**
**WIL**

**Welch J.**, dissents and would grant the writ application.  The Fourth Amendment to the United States Constitution and La. Const. art. I, § 5 requires more than plain smell of marijuana by a police officer driving in a vehicle with his windows down on May 29, 2023 at 2:00 a.m.  Furthermore, this case is distinguishable from **State v. Barnett**, 2024-69 (La. App. 5th Cir. 10/30/24), 2024 WL 4613047, *7 (finding that "based on the plain smell of marijuana, the detectives had sufficient grounds to search defendant's residence."  Noting that "[a]t the time of defendant's arrest [in August of 2018], the plain-smell exception was an extension of the plain-view exception)", where the detectives were lawfully positioned on defendant's porch while conducting a knock and talk and smelled the odor of marijuana emanating from defendant's home.

COURT OF APPEAL, FIRST CIRCUIT

_Ayesha 3 Dickson_
DEPUTY CLERK OF COURT
FOR THE COURT